IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


CYNTHIA A. WILLIAMS,

        Plaintiff,

v.                        3:10cv151-WS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed May 9, 2011.  See Doc. 17.  In essence, the magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed.  The plaintiff has filed a one-sentence objection (doc. 18) to the report and recommendation.

      Having carefully reviewed the administrative record as well as the record in this court, the court finds that the magistrate judge's report and recommendation should be adopted.  Because substantial evidence supported the Commissioner's decision to deny benefits, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 17) is ADOPTED and incorporated into this order of the court.

      2.  The Commissioner's decision to deny the plaintiff's application for benefits is

AFFIRMED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   27th   day of   May  , 2011.


                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE